Joyce SHARPLEY, Wife of Decedent, As Administrator of the Estate of Decedent, James Edward Sharpley, Plaintiff–Appellant,

v.

John RALEY, State Conservation Officer/Game Warden for the Alabama Division of Wildlife and Freshwater Fisheries, in his individual capacity, Defendant,

Tim Cosby, Chief of Enforcement for the Alabama Division of Wildlife and Freshwater Fisheries, in his individual capacity Johnny Johnson, Conser-

vation Captain for the Alabama Division of Wildlife and Freshwater Fisheries, in his individual capacity, Defendants–Appellees.

No. 06–15045.

United States Court of Appeals, Eleventh Circuit.

May 22, 2007.

Jarrod D. Nichols, Taylor & Taylor, Birmingham, AL, for Plaintiff–Appellant.

William A. Gunter, IV, Ala. Dept. of Conservation & Natural Resources, Montgomery, AL, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,* District Judge.

PER CURIAM:

After review and oral argument, the Court finds no reversible error in the district court's order dated February 1, 2005 and affirms the grant of summary judgment in favor of the defendants Tim Cosby and Johnny Johnson on the plaintiff's claims.

**AFFIRMED.**

* Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.